Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | Civil Action No. 3:14-cv-1076 |
| Plaintiff, | ) ) | |
| | ) | *Judge Trauger* |
| v. | ) | *Magistrate Judge Brown* |
| | ) | |
| J.H. HAYNES ELECTRIC COMPANY, INC. d/b/a HAYNES ELECTRIC COMPANY, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR PRELIMINARY INJUNCTION AND TO WAIVE SECURITY

Pursuant to Fed. R. Civ. P. 65(a) and (c), Plaintiff moves the Court to enter a preliminary injunction and to waive any requirement for security in connection with issuance of the interlocutory injunction.

The injunction would require the Defendant to submit reports and payments required under a collective bargaining agreement. Without these reports and payments, Defendant's employees may be deprived of benefits, and so absent injunctive relief Plaintiff and member employees may suffer irreparable harm. A supporting and explanatory memorandum is filed herewith.

Plaintiff requests the Court to note similar injunctive relief was granted in Civil Action No. 3:13-1428 (Docket Entry no. 12), copy attached.

                                                    Respectfully submitted,

                                                    s/R. Jan Jennings
                                                    R. Jan Jennings, BPR No. 1536
                                                    Branstetter, Stranch & Jennings, PLLC
                                                    227 Second Avenue North, 4th Floor
                                                    Nashville, TN 37201-1631
                                                    Tel. (615) 254-8801
                                                    Email: jan@branstetterlaw.com